UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT UZZLE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:13CV02004 ERW |
| MEDICAL RECOVERY SPECIALISTS, LLC, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Robert Uzzle's Motion for Extension of Time to Respond to Defendant's Motion [ECF No. 19]. On December 20, 2013, Defendant Medical Recovery Specialists, LLC filed a Motion for Judgment on the Pleadings [ECF No. 17]. Plaintiff now asks the Court for additional time to respond to that Motion. Plaintiff's Motion is **GRANTED.**

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion [ECF No. 19] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to Defendant's Motion for Judgment on the Pleadings no later than January 30, 2014.

Dated this  31st  day of December, 2013.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE